**PHILLIPS LAW GROUP PC**
ATTORNEYS AT LAW
Suite 1500
3101 North Central Avenue
Phoenix, Arizona 85012
(602) 258-8900
minute_entries@phillipslaw.com

Trey Dayes (AZ Bar # 020805)
treyd@phillipsdayeslaw.com
Sean Davis (AZ Bar #030754)
seand@phillipsdayeslaw.com

Attorneys for Plaintiff

### IN THE UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF ARIZONA

| Lisa Strand, a single woman | Case No.: 2:13-CV-02196-DGC |
|---|---|
| Plaintiff, | **NOTICE OF SETTLEMENT** |
| vs. | |
| Sun Life Assurance Company of Canada, Inc. a Massachusetts corporation; Brookline College, L.L.C., a Delaware limited liability company; | |
| Defendants. | |

Plaintiff informs the Court that the parties have reached a settlement in this matter. The parties anticipate filing a motion with the Court to dismiss this matter shortly.

Dated: March 12, 2014         Respectfully submitted,

                              PHILLIPS DAYES LAW GROUP, P.C.

                              By  /s/Trey Dayes
                                  Trey Dayes
                                  treyd@phillipsdayeslaw.com
                                  Attorney for Plaintiff

Page 1

## CERTIFICATE OF SERVICE

I hereby certify that on March 12 2014, , I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Byrne J Decker     bdecker@pierceatwood.com, lbernard@pierceatwood.com

Jessica Stella Marx     JMarx@duanemorris.com, CDArmijo@duanemorris.com, JPHollihan@duanemorris.com

William M Demlong     wmd@kunzlegal.com, ldg@kunzlegal.com

Attorneys for Defendants

By: /s/Nasser Abujbarah
    Nasser Abujbarah, Paralegal to Trey Dayes