William M. Demlong (I.D. No. 012458)
KUNZ PLITT
HYLAND & DEMLONG
3838 N. Central Avenue, Suite 1500
Phoenix, Arizona  85012-1902
Tel:  (602) 331-4600
wmd@kunzlegal.com

Attorneys for Defendant Sun Life
Assurance Co. of Canada

**IN THE UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| Lisa Strand,  Plaintiff  v.  Sun Life Assurance Company of Canada, Inc. and Brookline College L.L.C.,  Defendants. | No. 2:13-cv-02196-DGC  **STIPULATION OF DISMISSAL** |
|---|---|

NOW COME Plaintiff Lisa Strand and Defendants Sun Life Assurance Company of Canada and Brookline College, L.L.C., by and through their attorneys, and stipulate that this action is dismissed with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(ii). The parties shall bear their own respective costs and attorney's fees.

{W4170503.1}


Dated: April 11, 2014

s/ Trey Dayes (w/permission)
Dawn Marie Sauer, Esq.
John Lester Collins, Esq.
"Trey" A.R. Dayes, III, Esq.
PHILLIPS DAYES LAW GROUP PC
3101 N Central Ave., Ste. 1500
Phoenix, AZ 85012
Attorneys for Plaintiff

*Counsel for Plaintiff*

s/ Byrne J. Decker (w/permission)
Byrne J. Decker, Esq. (*pro hac vice*)
PIERCE ATWOOD LLP
254 Commercial Street
Portland, ME 04101

s/ William M. Demlong
William M. Demlong, Esq.
KUNZ PLITT HYLAND & DEMLONG
3838 N. Central Ave., Ste. 1500
Phoenix, AZ 85012-1902

*Counsel for Defendant Sun Life*

s/ Jessica Marx (w/permission)
Jessica Marx, Esq.
James Hollihan, Esq.
DUANE MORRIS LLLP
750 B Street, Suite 2900
San Diego, CA 92101

*Counsel for Defendant Brookline College, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on 11th day of April, 2014, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of Notice of Electronic Filing to the following CM/ECF registrants:

Dawn Marie Sauer, Esq.
John Lester Collins, Esq.
Trey A R Dayes, III, Esq.
PHILLIPS DAYES LAW GROUP PC
3101 N Central Ave., Ste. 1500
Phoenix, AZ 85012
Attorneys for Plaintiff

{W4170503.1}                                      - 2 -

Jessica Marx, Esq.
James Hollihan, Esq.
DUANE MORRIS LLLP
750 B Street, Suite 2900
San Diego, CA 92101
Attorneys for Defendant Brookline College, LLC

s/ L. Gilroy

{W4170503.1}                                    - 3 -